UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

VICTOR JOSEPH SILVIO                                CIVIL ACTION

VERSUS

ANDREW M. SAUL,                                     NO. 20-00381-BAJ-RLB
*Social Security Commissioner*

## RULING AND ORDER

Before the Court is Claimant's appeal of the Administrative Law Judge's September 24, 2019 decision determining that Claimant is not entitled to Supplemental Security Income under Title XVI of the Social Security Act because Claimant was not disabled and could perform past relevant work. On August 18, 2021, the Magistrate Judge issued a **Report and Recommendation (Doc. 14)** recommending that the ALJ's decision be affirmed because substantial medical evidence supports the ALJ's findings. There is no objection to the Magistrate Judge's recommendation.[1]

Having carefully considered Defendant's Motion, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

---

[1] Claimant's objection, if any, would ordinarily be due within 14 days of service of the Magistrate Judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). Here, however, by General Order No. 2021-7, the Chief Judge of this District suspended all deadlines for a period of 30 days commencing August 26, 2021, in response to the impact of Hurricane Ida. Still, despite the extension afforded by General Order No. 2021-7, Claimant has not filed an objection.

Accordingly,

**IT IS ORDERED** that the September 24, 2019 final administrative decision determining that Claimant is not entitled to SSI under Title XVI of the Social Security Act be and is hereby **AFFIRMED**.

**IT IS FURTHER ORDERED** that this action be and is hereby **DISMISSED WITH PREJUDICE** under sentence four of 42 U.S.C. § 405(g).

Judgment shall be issued separately.

Baton Rouge, Louisiana, this 29th day of September, 2021.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA